IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 17-30035-SMY |
| | ) |
| DEVIN L. WARREN, | ) Title 18 United States Code |
| | ) Sections 922(g)(1) and 924(d) |
| Defendant. | ) |
| | ) |

**INDICTMENT**

FILED
FEB 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Felon in Possession of a Firearm)

On or about November 5, 2016, in St. Clair County, within the Southern District of Illinois,

**DEVIN L. WARREN,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Distribution of a Look-Alike Substance, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on October 1, 2013, in Case No. 13-CF-405, did knowingly possess, in or affecting commerce, a firearm, to wit: a Hi Point, Model C9, 9mm caliber pistol, bearing serial number P1957686, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this indictment,

**DEVIN L. WARREN,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), including, but not limited to, the following:

a Hi Point, Model C9, 9mm caliber pistol, bearing serial number P1957686, and any and all ammunition contained within the pistols or seized with the pistols.

A TRUE BILL

*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Donald S. Boyce*
DONALD S. BOYCE
United States Attorney

Recommended Bond: DETENTION